Evan J. Smith, Esquire (SBN 242352)
esmith@brodsky-smith.com
Ryan Cardona, Esquire (SBN 302113)
rcardona@brodsky-smith.com
BRODSKY & SMITH, LLC
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile:   (310) 247-0160

*Attorneys for Plaintiff*

Hayley S. Grunvald, Cal. Bar No. 227909
hgrunvald@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone:   858.720.8900
Facsimile:   858.509.3691

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HADYANTO SUTANDER,<br><br>                    Plaintiff,<br><br>    vs.<br><br>POLLY'S PIES, INC.,<br><br>                    Defendant. | 2:20-cv-02320-MCS-JC<br><br>**STIPULATION FOR AN ORDER TO DISMISS ACTION** |
|---|---|

  WHEREAS, on or about January 31, 2020, Plaintiff filed the instant action against Defendant in the Superior Court of California;

  WHEREAS, Plaintiff filed this putative class action in state court and Defendant removed this matter to federal court;

-1-

**STIPULATION FOR AN ORDER TO DISMISS ACTION**

WHEREAS, neither a summary judgment motion, nor a class certification motion has been filed;

WHEREAS, the Parties have resolved the instant action on a non-class and individual basis, not affecting the rights of any absent and/or unnamed class member other than each person receiving the benefits of the remediation obtained at the locations identified in the Complaint as a result of the individual settlement;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that the above-captioned action be dismissed with prejudice and without costs or fees as to plaintiff Hadyanto Sutander only, and dismissed without prejudice as to any other person who could have been a member of the class alleged in the Complaint.

Stipulated By and Between:

Dated: November 30, 2020     BRODSKY & SMITH, LLC

By: */s/ Evan J. Smith*
Evan J. Smith (SBN242352)
*Attorneys for Plaintiff*

Dated: November 30, 2020     SHEPPARD MULLIN

By: */s/ Hayley S. Grunvald*
Hayley S. Grunvald (SBN227909)
*Attorneys for Defendant*