JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HADYANTO SUTANDER,

                Plaintiff,

    vs.

POLLY'S PIES, INC.,

                Defendant.

Case No.: 2:20-cv-02320 MCS (JCx)

**ORDER TO DISMISS ACTION**

WHEREAS, on or about January 31, 2020, Plaintiff filed the instant action against Defendant in the Superior Court of California;

WHEREAS, Plaintiff filed this putative class action in state court and Defendant removed this matter to federal court;

WHEREAS, neither a summary judgment motion, nor a class certification motion has been filed;

WHEREAS, the Parties have resolved the instant action on a non-class and individual basis, not affecting the rights of any absent and/or unnamed class member other than each person receiving the benefits of the remediation obtained at the locations identified in the Complaint as a result of the individual settlement;

/ / /

WHEREAS, the Parties have stipulated that the above-captioned action be dismissed with prejudice and without costs or fees as to plaintiff Hadyanto Sutander only and dismissed without prejudice as to any other person who could have been a member of the class alleged in the Complaint.

IT IS HEREBY ORDERED THAT:

The above-captioned action be dismissed with prejudice and without costs or fees as to plaintiff Hadyanto Sutander only and dismissed without prejudice as to any other person who could have been a member of the class alleged in the Complaint.

Dated: December 1, 2020

_____

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

**ORDER TO DISMISS ACTION**